# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mayeron, Janie S. | U.S. District Court-Minnesota | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-FT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-Employed Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 10/26-27/2015 | New York, NY | Teach | Airfare, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lord Abbett Fundamental Equity Class F | | None | | | Sold | 01/22/15 | K | C | |
| 2. Center Coast MLP Focus Fund Class A | B | Dividend | L | T | Buy (add'l) | 09/09/15 | J | | |
| 3. | | | | | Buy (add'l) | 12/10/15 | K | | |
| 4. | | | | | Sold (part) | 01/22/15 | K | | |
| 5. Fiserv Inc. - Common | | None | P1 | T | Donated (part) | | | | |
| 6. Fiserv Inc. - Restricted | | None | N | T | | | | | |
| 7. Franklin/Templeton Global Bond Fund Class C | A | Dividend | K | T | | | | | |
| 8. Templeton Global Bond Adv | A | Dividend | K | T | Buy (add'l) | 09/09/15 | J | | |
| 9. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 10. Pace Gov't Money Mkt Investments Fund Class P | A | Dividend | J | T | Buy | 01/22/15 | J | | |
| 11. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 12. | | | | | Sold (part) | 01/29/15 | J | | |
| 13. | | | | | Sold (part) | 10/23/15 | J | | |
| 14. Lord Abbett Fundamental Equity Class F | C | Dividend | M | T | Sold (part) | 09/09/15 | K | A | |
| 15. | | | | | Sold (part) | 12/10/15 | K | | |
| 16. Mairs Power Growth Fund Class Investor | A | Dividend | K | T | Buy | 01/22/15 | K | | |
| 17. | | | | | Buy (add'l) | 07/16/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/09/15 | J | | |
| 19. | | | | | Sold (part) | 12/10/15 | J | | |
| 20. Mairs & Power Balanced Fund Class Investor | B | Dividend | K | T | Buy | 01/22/15 | K | | |
| 21. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 22. | | | | | Sold (part) | 12/10/15 | J | | |
| 23. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 24. Garmin Ltd Shs Chf | B | Dividend | K | T | | | | | |
| 25. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 26. Franklin Templeton Global Bond A | C | Dividend | M | T | | | | | |
| 27. U.S. Bank Account | A | Interest | L | T | | | | | |
| 28. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 29. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 30. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 31. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 32. Vanguard LifeStrategy Moderare Growth Fund | | None | M | T | | | | | |
| 33. Pioneer Global High Yield FD CL A | D | Dividend | L | T | | | | | |
| 34. American Funds AMCAP FD CL A | A | Dividend | M | T | Sold (part) | 09/10/15 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds New Perspective CL A | A | Dividend | M | T | | | | | |
| 36. American Funds Capital World Growth & Income Fund Class A | C | Dividend | M | T | | | | | |
| 37. Aberdeen Asia Pacific Pacific Ex Japan Fund | C | Dividend | L | T | Buy (add'l) | 09/10/15 | K | | |
| 38. American Funds American Balanced Fund Class A | B | Dividend | M | T | Sold (part) | 09/10/15 | J | C | |
| 39. | | | | | Sold (part) | 12/10/15 | J | C | |
| 40. Govt Natl Mtg Assn Pool 480189 | A | Interest | J | T | | | | | |
| 41. Fidelity Adv Mid Cap II- CL A | | None | M | T | Sold (part) | 09/10/15 | J | A | |
| 42. CenterCoast MLP Focus Fund Class A | D | Dividend | M | T | Buy (add'l) | 09/10/15 | K | | |
| 43. | | | | | Buy (add'l) | 12/10/15 | K | | |
| 44. Black Rock Global Allocation Fund Inc A | B | Dividend | M | T | Buy (add'l) | 06/19/15 | J | | |
| 45. | | | | | Sold (part) | 09/10/15 | J | | |
| 46. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 47. Mankato MN ISD #77 Tax SR A | D | Interest | M | T | | | | | |
| 48. Minnesota Agric & Econ Dev Brd Rev 5.92% MBIA Fairview Hosp | A | Interest | | | Sold | 09/04/15 | J | | |
| 49. Minneapolis St. Paul Mn Tax Sr A Rv | A | Interest | M | T | Buy (add'l) | 12/10/15 | L | | |
| 50. Roseville Mn ISD 623 Sr B | C | Interest | M | T | | | | | |
| 51. Farmington MN ISD #192 Ser B | B | Interest | | | Sold | 02/01/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Minnesota St. Higher Ed F Seven RV | C | Interest | M | T | | | | | |
| 53. Hopkins MN ISD 270 | C | Interest | M | T | | | | | |
| 54. Hennepin Cnty Minn RFDG | C | Interest | | | Sold | 12/01/15 | L | | |
| 55. Orono MN ISD No. 278 | C | Interest | M | T | | | | | |
| 56. Spring Lk Pk MN SD #16 | C | Interest | L | T | | | | | |
| 57. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 58. Howard Lake Waverly - Wins Se A | B | Interest | L | T | | | | | |
| 59. Pelican Rapids MN Indp T SRA | D | Interest | M | T | | | | | |
| 60. Pioneer Strategic Incm CL A | A | Dividend | | | Sold | 03/31/15 | L | B | |
| 61. American Funds AMCAP Fd CL-A | A | Dividend | M | T | | | | | |
| 62. American Funds New Perspective CL A | A | Dividend | M | T | Sold (part) | 12/10/15 | J | C | |
| 63. American Funds Capital World Growth & Income | C | Dividend | M | T | Buy (add'l) | 03/31/15 | J | | |
| 64. | | | | | Sold (part) | 04/08/15 | J | | |
| 65. Enterprise Products Partner LP | B | Dividend | K | T | Buy (add'l) | 11/20/15 | J | | |
| 66. Oneok Partnership LP | C | Dividend | K | T | | | | | |
| 67. Center Coast MLP Focus Fund Class A | D | Dividend | M | T | Buy (add'l) | 03/31/15 | J | | |
| 68. | | | | | Buy (add'l) | 12/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Adv Mid Cap II CL A | | None | M | T | Buy (add'l) | 03/31/15 | L | | |
| 70. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 71. Aberdeen Asia Pacific Pacific Ex Japan Fund | C | Dividend | L | T | Buy (add'l) | 03/31/15 | K | | |
| 72. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 73. MPLX LP MLP (Markwest Energy Partners LP Int.) | C | Dividend | K | T | | | | | |
| 74. Franklin Templeton Global Bond Fund Class A | A | Dividend | | | Sold | 03/31/15 | L | | |
| 75. Rose Rock Midstream LP MLP | C | Dividend | K | T | Buy (add'l) | 11/20/15 | J | | |
| 76. Fiserv Inc | | None | K | T | Buy (add'l) | 04/02/15 | J | | |
| 77. Alphabet Inc CLA | | None | K | T | Buy | 04/08/15 | J | | |
| 78. UBS Bank SA Dep Acct. | A | Interest | M | T | | | | | |
| 79. RMA Tax Free Fund Inc | A | Dividend | L | T | | | | | |
| 80. Foreign (H) | | | | | | | | | |
| 81. -Abbvie Inc Com. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 82. | | | | | Sold (part) | 06/03/15 | J | | |
| 83. | | | | | Sold (part) | 08/06/15 | J | A | |
| 84. -Aberdeen Asset Mgmt Plc. Grp. | | None | J | T | Buy | 05/28/15 | J | | |
| 85. -Aegon NV ADR NY SHS Netherlands ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ageas Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 87. -Agrium Inc (Canada) CAP | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 88. -Aktiebolaget Electrolux Ltd Sponsored ADR Sweden ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 89. -Altria Group Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 90. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 91. -Amcor Ltd New Au ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 92. -Astrazeneca PLC Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 93. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 94. -Axis Capital Holdings LTD Shs | A | Dividend | | | Sold | 05/28/15 | J | C | |
| 95. -BAE Systems PLC Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 96. -Bouyguessa Ord FFSO PV | | None | J | T | Buy | 05/28/15 | J | | |
| 97. -British American Tobacco PLC GB Spon ADR | | None | J | T | Buy | 09/02/15 | J | | |
| 98. -Burberry Group PLC Spon ADR | | None | J | T | Buy | 11/02/15 | J | | |
| 99. -Cameco Corp Canada CAD | A | Dividend | | | Sold | 05/28/15 | J | | |
| 100. -Carrefour SA Spon ADR | | None | | | Sold | 05/28/15 | J | C | |
| 101. -Catlin Group Spon ADR | | None | | | Sold | 01/06/15 | J | A | |
| 102. -Centrais Eletricas Bras SA Spon ADR Rep 50 Com | | None | | | Sold | 04/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Centurylink Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 104. -China Resources Pwr Hldgs Co ADR | | None | | | Sold | 05/28/15 | J | | |
| 105. -City Developments Ltd Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 106. -Chevron Corp. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 107. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 108. -Coca Cola Co Com | A | Dividend | J | T | Buy | 11/11/15 | J | | |
| 109. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 110. -Conocophilips | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 111. -Credit Suisse Group Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 112. -Crown Castle Intl Corp Reit | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 113. -DAI Nippon Printing Co Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 114. -DBS Group Hldgs Ltd Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 115. -Diago PLC New GB Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 116. -Dow Chemical | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 117. -Electricite De France ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 118. -Enbridge Inc CAO | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 119. -Ericsson Sek 10 New 2002 ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Exxon Mobil Ltd. | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 121. -Flextronics Intl Ltd | | None | | | Sold | 05/28/15 | J | A | |
| 122. -Fuji Film Holdings Corp ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 123. -Gallagher Arthur J & Co | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 124. -Gannett Co Inc. | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 125. -Glaxo Smithkline PLC ADR | A | Dividend | | | Sold | 10/14/15 | J | A | |
| 126. -H Lundbeck A/S Spon ADR | | None | | | Sold | 05/28/15 | J | | |
| 127. -Henderson Land Dev Ltd Spon | | None | | | Sold | 05/28/15 | J | A | |
| 128. -Home Retail Group PLC Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 129. -HSBC Holdings PLC New FB Spon ADR | | None | | | Sold | 05/28/15 | J | | |
| 130. -Impala Platinum Hldg Ltd. Spon | | None | | | Sold | 05/28/15 | J | | |
| 131. -Imperial Tobacco Group PLC Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 132. -ING Group NVNL Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | C | |
| 133. -Intl Business Mach | | None | J | T | Buy | 12/07/15 | J | | |
| 134. -Iron Mtn. Inc. New Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 135. -Japan Tobacco Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 136. | | | | | Sold (part) | 11/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -KB Finl Group Inc. Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | C | |
| 138. -Lamar Advertising Co New CL A | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 139. -Las Vegas Sands Corp. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 140. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 141. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 142. -Lloyds Banking Grp Spon ADR | | None | J | T | Buy | 09/02/15 | J | | |
| 143. -Lyondellbasel Industries NV SH5-A-CL A Euro | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 144. -Manpower Inc. Wis. | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 145. -Marks Spancer Group Inc Spon ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 146. -Megit PLC ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 147. -Mercury Corp. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 148. -Mitsubishi Tanabe Pharma Corp Spon ADR | | None | | | Sold | 01/30/15 | J | A | |
| 149. -MS&AD Ins Group Hldgs ADR | | None | | | Sold | 05/28/15 | J | B | |
| 150. -National Grid PLC New Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 151. -Nestle SA Spon ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 152. -Nielson Holdings PLC Eur | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 153. -Nippon Teleg & Tel Corp Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Norfolk STHN Corp | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 155.  -Novartis AG Spon ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 156.  -Nucol Corp | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 157.  -OAO Gazprom Level 1 ADR Program (Russia) Spon ADR | | None | | | Sold | 03/18/15 | J | | |
| 158.  -Occidental Petroleum Crp | | None | J | T | Buy | 10/14/15 | J | | |
| 159.  -Pacwest Bankcorp | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 160.  -Panasonic Corp Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 161.  -Paychex Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 162.  -Pfizer Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 163.  -Philip Morris Intl Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 164. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 165. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 166.  -Posco Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 167.  -Procter & Gamble Co. | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 168. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 169.  -Prudential PLC ADR | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 170.  -Roche Hld. | A | Dividend | | | Buy | 03/19/15 | J | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)          U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 172. | | | | | Sold (part) | 11/11/15 | J | | |
| 173. -Rohm Co LTD ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 174. -Royal DSM NV Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | | |
| 175. -Royal Dutch Sell PLC ADS REP STG 2 CL B | A | Dividend | | | Sold | 05/28/15 | J | | |
| 176. -Sampo Oyj ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 177. -Sanofi Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 178. -Sekisui House LTD Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 179. -Seven & I Hldgs Co LTD ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 180. -Shiseido Co LTD Spons ADR Japan | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 181. -Siemens A G Spon ADR | A | Dividend | J | T | Buy (add'l) | 05/28/15 | J | | |
| 182. | | | | | Sold (part) | 11/02/15 | J | A | |
| 183. -Singapore Telecom Ltd New 2006 Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 184. -SK Telecom Co LTD ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 185. -SSE PLC Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 186. -Sumitomo Mitsui Trust Holdings Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 187. -Svenska Handelbaken AB ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Swisscom AG Spon ADR | | None | | | Sold | 01/16/15 | J | B | |
| 189. -Tate & Lyle PC Spon ADR New United Kingdom ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 190. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 191. -Telecom Italia Spa New Repstg 10 Savings Shs Spon ADR | | None | | | Sold | 05/28/15 | J | A | |
| 192. -Telenor ASA ADR | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 193. -Tesco PLS Spons ADR (X) | | None | | | Sold | 05/28/15 | J | | |
| 194. -Teva Pharmaceuticals Ind Ltd | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 195. -Texas Instruments | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 196. -TNT Express N V ADR | A | Dividend | | | Sold | 04/13/15 | J | A | |
| 197. -Toyota Motor Corp New Japan Spon ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 198. -TSB Bkg Group Ltd Unsponsored ADR2 | | None | | | Sold | 03/20/15 | J | A | |
| 199. -Unilever PLC Amer SHS New Spon ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 200. -Vallouric SA Spon ADR | A | Dividend | | | Sold | 05/26/15 | J | | |
| 201. -Verizon Communications | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 202. -Vodaphone Group PLC New Spon ADR | A | Dividend | | | Buy | 05/28/15 | J | | |
| 203. -VTech Hldgs Ltd Unsponsored ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 204. -Wacoal Holdings Corp ADR | A | Dividend | | | Sold | 05/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Wolters Kluwer NV Sponsored ADR Netherlands ADR | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 206. -Xilinx Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 207. Telawood #70 (H) | | | | | | | | | |
| 208. -Abbvie Inc. Com | A | Dividend | J | T | | | | | |
| 209. -ATT Inc. | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 210. -Ceilo SA Spon ADR | A | Dividend | | | Sold | 09/10/15 | J | | |
| 211. -Cisco Systems Inc. | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 212. -ConAgra Food Inc. | A | Dividend | | | Sold | 11/06/15 | J | B | |
| 213. -Credit Suisse Group Spon ADR | A | Dividend | | | Sold | 11/05/15 | J | | |
| 214. -Digital Realty Trust Inc. | A | Dividend | J | T | | | | | |
| 215. -Dupont DeNemours | A | Dividend | | | Sold | 03/25/15 | J | B | |
| 216. -General Motors Inc. | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 217. -Glaxo SmithKline | A | Dividend | J | T | | | | | |
| 218. -Golar Lng Partners LP | A | Dividend | | | Sold | 08/20/15 | J | | |
| 219. -HCP Inc | A | Dividend | | | Sold | 05/12/15 | J | | |
| 220. -Johnson & Johnson Comm | A | Dividend | J | T | | | | | |
| 221. -Merck & Co Inc New Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Meredith Corp. | A | Dividend | J | T | | | | | |
| 223. -Pfizer Inc. | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 224. -Principal Financial Group Inc. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 225. -Sanofi Spon ADR | A | Dividend | J | T | | | | | |
| 226. -Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 227. -Teleus Corp CAD | A | Dividend | J | T | | | | | |
| 228. -Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 229. -Viacom Inc New CLA | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 230. -Coeur D'Alene Mines Corp NTS Conv | A | Interest | J | T | | | | | |
| 231. -Omnicare Inc. Conv. Debs | | None | | | Sold | 02/23/15 | J | | |
| 232. -Brookfield Infrastructure Partners LP MLP | A | Dividend | J | T | | | | | |
| 233. -Dorchester Minerals LP MLP | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 234. -Blackstone Groups LP/The UNIT Rep Stg Ltd Partnership Ipt | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 235. -Bunge Limited Conv Preferred | A | Dividend | J | T | | | | | |
| 236. -Dell Inc | A | Interest | J | T | | | | | |
| 237. -Genworth Financial Inc. NTS BE | A | Interest | J | T | Buy | 06/11/15 | J | | |
| 238. -ADT Corp NTS B/E | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Unisys Corp NTS B/E | A | Interest | J | T | | | | | |
| 240.  -Lennar Corp NTS | A | Interest | J | T | | | | | |
| 241.  -Total Sys Services In | A | Interest | J | T | | | | | |
| 242.  -Best Buy Co Inc NTS B/E | A | Interest | J | T | | | | | |
| 243.  -Sesi L L NTS B/E | A | Interest | J | T | | | | | |
| 244.  -Twitter | | None | J | T | Buy | 12/16/15 | J | | |
| 245.  Tealwood (H) | | | | | | | | | |
| 246.  -Digital Globe Inc. | | None | | | Buy | 07/21/15 | J | | |
| 247.  -Dun & Bradstreet Corp New | A | Dividend | J | T | | | | | |
| 248.  -Enstar Group Ltd ORD | | None | J | T | Buy | 12/17/15 | J | | |
| 249.  -Evertec Inc. | A | Dividend | J | T | | | | | |
| 250.  -Fair Isaac Corp | A | Dividend | J | T | | | | | |
| 251.  -Fiserv Inc | | None | J | T | | | | | |
| 252.  -Fleetcor Technologies | | None | J | T | | | | | |
| 253.  -IAC Interactive Corp. Idacorp Inc. | A | Dividend | J | T | | | | | |
| 254.  -Integra LifeSciences Hldg | | None | | | Sold | 04/02/15 | J | C | |
| 255.  -Interdigital Inc (PA) | A | Dividend | | | Sold (part) | 05/13/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 09/29/15 | J | B | |
| 257. -Janus Capital Group | A | Dividend | J | T | | | | | |
| 258. -Jazz Pharmaceuticals PLC | | None | J | T | | | | | |
| 259. -Mallinckrodt Pub LTD Co | | None | J | T | | | | | |
| 260. -NASDAQ WMC Group | A | Dividend | J | T | | | | | |
| 261. -Navigator Holdings Ltd | | None | J | T | | | | | |
| 262. -Open Text Corp | A | Dividend | J | T | Buy (add'l) | 05/06/15 | J | | |
| 263. -PRA Group Inc. | | None | | | Sold | 11/24/15 | J | | |
| 264. -Principal Financial Group Inc | A | Dividend | J | T | | | | | |
| 265. -Pure Cycle Corp New | | None | J | T | | | | | |
| 266. -Rovi Corp Com | | None | J | T | | | | | |
| 267. -RPX Corp | | None | J | T | | | | | |
| 268. -Scripps Networks Interact Inc. CL A | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 269. -Synopsys Inc. | | None | J | T | | | | | |
| 270. -Telefex Inc | A | Dividend | J | T | | | | | |
| 271. -Tivo Inc | | None | J | T | | | | | |
| 272. -Torchmark Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -United Therapeutics Corp | | None | J | T | Sold (part) | 01/23/15 | J | D | |
| 274. -Vantiv Inc CL A | | None | J | T | | | | | |
| 275. -Verifone Systems Inc | | None | | | Sold | 01/06/15 | J | C | |
| 276. -Verint Systems Inc. | | None | J | T | Buy | 09/03/15 | J | | |
| 277. -Web Com Group Inc | | None | J | T | | | | | |
| 278. Space Data Corp | | None | K | W | | | | | |
| 279. Rational Energies | | None | M | T | | | | | |
| 280. LEAP Enterprises LLC, personal loan - note agreement | | None | | | Redeemed | 10/07/15 | K | | |
| 281. American Funds - The Growth Fund of American | A | Dividend | | | Sold | 04/23/15 | K | A | |
| 282. American Funds - Washington Mutual Invest. Funds - R2 | A | Dividend | | | Sold | 04/23/15 | J | A | |
| 283. American Funds - Capital World Growth and Income R-2 | A | Dividend | | | Sold | 04/23/15 | J | A | |
| 284. American Funds - Capital Income Builder - R2 | A | Dividend | | | Sold | 04/23/15 | K | A | |
| 285. American Funds - Intermediate Fund of America - R2 | A | Dividend | | | Sold | 04/23/15 | K | A | |
| 286. American Funds - Capital World Bond Fund - R2 | A | Dividend | | | Sold | 04/23/15 | K | A | |
| 287. American Funds Euro Pacific Growth Fund CLA | A | Dividend | K | T | Buy | 05/01/15 | L | | |
| 288. Oak Ridge Small Cap | | None | K | T | Buy | 05/01/15 | L | | |
| 289. Amer Funds AMCAP | | None | K | T | Buy | 12/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. American Funds Mutual Fund Class F-2 | A | Dividend | K | T | Buy | 12/16/15 | K | | |
| 291. Fidelity Investments Charitable Gift Fund | A | Dividend | N | T | Open | 05/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mayeron, Janie S. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following are explanations related to Part VII:

Line 1 - On April 15, 2015, Lord Abbett Fundamental Equity Class F was exchanged for Lord Abbett Fundamental Equity Class A shown on the 2014 Report at Line 2.

Line 5 - On 5/22/15, shares of Fiserv were donated to a charitable gift fund shown at Line 291.

Line 8 - Templeton Global Bond Adv was titled "Franklin/Templeton Global Bond Fund Class A" on the 2014 Report at Line 7. On April 15, 2015, Templeton Global Bond Fund Adv was exchanged for Franklin/Templeton Global Bond Fund Class A.

Line 73 - MPLX LP MLP was exchanged for Markwest Energy Partners LP on 12/3/15 (shown on Line 54 of the 2014 Report).

Line 80 are reported assets under the holding account "Foreign." In the 2014 Report it was called "Tradewinds International #58" at Line 60.

Line 207 are reported assets under the holding account "Telawood." In the 2014 Report it was called "Tealwood #70" at Line 140.

Line 233 - Dorchester Mineral LP MLP. I had previously reported on the 2014 Report at Line 169 that it had been sold in its entirety. This was an error. It had been partially sold on 8/25/14.

Line 245 are reported assets under the holding account "Tealwood." In the 2014 Report it was called "Tealwood #71."

Line 280 - This personal loan, along with the common units of the company that secured the loan, was redeemed on 10/7/15.

Line 291 - On 5/22/15, shares of Fiserv were donated to this Irrevocable Charitable Gift Fund from the account reflected at Line 5. Previously, shares of Fiserv had been donated from the account on 12/17/14, reflected at Line 5 in the 2014 Report. I had included those shares of Fiserv on Line 5 on the 2014 Report rather than showing them in the newly created Irrevocable Charitable Gift Fund.

On the 2014 Report I had listed Alston ADR at Line 67 as part sold. It was sold in its entirety on 4/24/14.

On the 2014 Report at Line 200 I had listed Northern Oil & Gas Inc. (MN). It was sold in its entirety on 4/28/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544